FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN 14 P 5: 03

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LIADHA HOURIHANE                    *

                Plaintiff           *

vs.                                 *      CIVIL ACTION NO. MJG-00-3630

BAY SPORTS UNLIMITED, et al.        *

                Defendants          *

*       *       *       *       *       *       *       *       *

ORDER OF DISMISSAL DUE TO SETTLEMENT
(UNDER LOCAL RULE 111.1)

    The Court has been advised by counsel for the parties that

the above action has been settled, including all counterclaims,

cross-claims and third-party claims, if any.

    Accordingly, pursuant to Rule 111.1 of the Rules of the

United States District Court for the District of Maryland this

action is hereby DISMISSED with each party to bear its own costs

unless otherwise agreed, in which event the costs shall be

adjusted between the parties.  The entry of this Order is without

prejudice to the right of a party to move for good cause within

30 days of the date of this Order to reopen this action if

settlement is not consummated.  If no such motion is filed within

the aforesaid time the dismissal of this action is with

prejudice.

Further, the Clerk of the Court shall serve copies of this Order, by United States Mail, upon the attorney of record for the parties appearing in this case.

SO ORDERED this /4/4 day of January, 2002.

Marvin J. Garbis
United States District Judge

jrw

2