UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| LIADHA HOURIHANE, | * |
| Plaintiff, | * |
| v. | * |
| BAY SPORTS UNLIMITED | * |
| and | * Case No. MJG - 00 - 3630 |
| STEVE FARR, | * |
| Defendants. | * |

## NOTICE OF DISMISSAL WITH PREJUDICE

Please take notice that the captioned case is hereby dismissed *with prejudice*.

*Approved, the 4th day of February, 2002*
[signature]

Respectfully submitted,

[signature]

Thomas J. Minton - no. 03370
Jiranek, Goldman & Minton, P.C.
19 East Fayette Street, Suite 401
Baltimore, Md. 21202
(410) 783-1300
Attorneys for the plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of February, 2002, I had mailed, via U.S. mail, postage prepaid, a copy of the foregoing Notice of Dismissal with Prejudice to Robert L. Ferguson, Jr., Esquire and Peter J. Basile, Esquire, of Ferguson, Schetelich & Heffernan, P.A., 1401 Bank of America Center, 100 South Charles St., Baltimore, Maryland 21201.

[signature]
Thomas J. Minton